FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00141-BNB

KEVIN PONIS,

    Applicant,

vs.

STEVE HARTLEY, Warden of Arkansas Valley Correctional Facility,
TOM CLEMENTS, Executive Director, Colorado Department of Corrections, (CDOC)
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

## MOTION FOR SECOND EXTENSION OF TIME
## TO FILE PRE ANSWER REPLY

---

    Applicant, pro se, moves for a second extension of time to August 9, 2012, within which to file his reply to their pre-answer response.

    Reasons:

    1. On June 11, 2012 this Court granted the Applicant's initial requext for an extension of time set on or before July 12, 2012.

    2. Since then the Arkansas Valley Correctional Facility's Law Library has been closed on June 15th, 22nd, 25th, 26th and is scheduled to be closed June 29th, July 4th-6th, the 11th-18th, and the 20th and 27th. It was also closed due to a facility lockdown June 11th-14th.

3. The cancellations and closures have greatly effected the Applicant's ability to schedule, research, and prepare his reply in the time alloted by the Court.

*[signature] 6/27/12*

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the following by depositing in the prison legal mail system, postage prepaid, in Crowly, Colorado on June 27th, 2012.

Attorney General of the State of Colorado
John Fuerst III
1525 Sherman Street, 7th Floor
Denver, Colorado 80203

*[signature] 6/27/12*