IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00141-LTB

KEVIN PONIS,

    Applicant,

v.

RAE TIMME, Warden of Fremont Correctional Facility ("Fremont"),
TOM CLEMENTS, Executive Director, Colorado Department of Corrections
    (CDOC), and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the amended application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Ponis*, Criminal Action No. 04CR1488, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)     Clerk of the Court
       Jefferson County District Court
       100 Jefferson County Parkway
       Golden, Colorado 80419; and

(2)     Court Services Manager
       State Court Administrator's Office
       101 W. Colfax, Ste. 500
       Denver, Colorado  80202.

DATED August 7, 2012, at Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court