IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-00141-LTB

**KEVIN PONIS,**

    Applicant,

v.

**STEVE HARTLEY,** Warden of Arkansas Valley Correctional Facility ("Ark Valley"), **TOM CLEMENTS,** Executive Director, Colorado Department of Corrections ("CDOC"), **JOHN SUTHERS,** Attorney General of the State of Colorado,

    Respondents,

---

### MOTION FOR APPOINTMENT OF COUNSEL

Comes now, Petitioner Kevin Ponis, and states the following in support of the Motion for Appointment of Counsel:

1. Kevin Ponis has petitioned this Court for Habeas Corpus relief on the grounds that his state court conviction is in violation of the U.S. Constitution.

2. Among other things, Ponis' petition alleges that he did not receive effective assistance of counsel, that evidentiary issues and prosecutorial argument resulted in a constitutionally unfair trial, and that the statutes used to convict and sentence him violate the U.S. Constitution.

3. 18 USC 30006A (a) (2) (B) provides for appointment of counsel in habeas corpus petitions by a state prisoner.
4. Ponis has alleged facts that, if true, entitle him to relief. The state court improperly disposed of his claims without a hearing and without appropriate fact finding. Discovery and a hearing will be necessary to resolve Ponis' claims regarding his attorney' conduct and regarding the unequal treatment of men under Colorado's statutory scheme, among other issues.
5. Ponis respectfully requests the appointment of counsel to assist with his Petition for Habeas Corpus.

Respectfully submitted this 17 day of August, 2012.

_____
Signature of Petitioner