IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00141-BNB

KEVIN PONIS,

    Applicant,

v.

STEVE HARTLEY, Warden of Arkansas Valley Correctional Facility,
TOM CLEMENTS, Executive Director, Colorado Department of Corrections
    (CDOC), and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant filed an Amended Motion for Summary Judgment (ECF No. 38), on August 20, 2012.  It is therefore

    ORDERED that the Motion for Summary Judgment (ECF No. 5), filed on January 19, 2012, is **denied as moot**.  The Court will address the amended motion for summary judgment in due course.  It is

    FURTHER ORDERED that the Motion for Appointment of Counsel (ECF No. 39) and Motion for a Hearing are **denied as premature**.

Dated:  August 22, 2012