IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-CV-00141-LTB

KEVIN PONIS

        Petitioner,

v.

STEVE HARTLEY, *et al.*,

        Respondents.

_____

**UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME
TO FILE REPLY BRIEF**

_____

The Petitioner, Kevin Ponis, by and through counsel, hereby requests a six week extension of time, until January 3, 2013, to file a Reply Brief.  As grounds for this motion, the Petitioner states:

Pursuant to D.C.COLO.LCivR 7.1(A), Plaintiff's Counsel certifies that she conferred with defense counsel and this motion is unopposed.

The Reply Brief is due on November 16, 2012 pursuant to a previous motion for extension of time.  Ms. Ruttenberg was retained only six weeks

ago, and is representing Mr. Ponis on a reduced fee basis, this is a very large and complex case, and Ms. Ruttenberg needs additional time to come up to speed and provide effective assistance of counsel.  Consequently, she needs an additional extension of time.  The stakes are extremely high in this case because the Petitioner is serving a life sentence with little chance of being paroled.  He is one of 1600 inmates in the Colorado DOC who was sentenced to a life sentence for sex offenses.  Since the lifetime supervision act went into effect, only about 5% of the sex offenders with indeterminate sentences have ever been paroled.  Because the stakes are so high, Ms. Ruttenberg wants to insure that all issues are properly raised and the Record is complete.  She noticed that Mr. Ponis neglected to attach several key documents when he filed his Application, and it took Ms. Ruttenberg several weeks to obtain these missing documents.  Now that she has located all pertinent documents to this case, it will take additional time to prepare a Reply Brief and supplement the Record with the additional key documents from the Colorado state court proceedings.

WHEREFORE, the Petitioner requests that the Court grant this Motion and Order that his Reply Brief is due on or due before January 3, 2013.

DATED November 12, 2012.

Respectfully submitted

/s/ Alison Ruttenberg

Alison Ruttenberg
PO Box 19857
Boulder, CO  80308
(720) 317-3834
Fax:  (888) 573-3153
Ruttenberg@me.com

**Attorney for the Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2012, I served a copy of the foregoing pleading electronically on all counsel of record as well as the Petitioner, Mr. Ponis, by United States mail, postage prepaid.

s/ Alison Ruttenberg

_____

Alison L. Ruttenberg # 17497
PO Box 19857
Boulder, Colorado 80308
(720) 317-3834(Telephone)
(888) 573-3153 (Fax)
Ruttenberg@me.com