IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00141-LTB

KEVIN PONIS,

    Applicant,

v.

STEVE HARTLEY, Warden of Arkansas Valley Correctional Facility,
TOM CLEMENTS, Executive Director, Colorado Department of Corrections
    (CDOC), and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant, through counsel, has filed a second Motion for Extension of Time to File Reply Brief (ECF No. 47).  The motion is granted. It is therefore

    ORDERED that Applicant shall file his Reply to the Respondents' Answer **on or before** January 3, 2013.  **No further extensions will be granted absent a showing of just cause.**

Dated:  November 19, 2012